

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PULAK K. BARUA, A/K/A PULAK KUMAR BARUA, ET AL., | § | |
| | § | No. 08-20-00216-CV |
| Appellant, | § | |
| v. | § | Appeal from the |
| | § | 422nd District Court |
| MABANK INDEPENDENT SCHOOL DISTRICT, ET AL., | § | of Kaufman County, Texas |
| Appellee. | § | (TC# 102225-422) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion for voluntary dismissal of this appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF MARCH, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.